IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRUCE E. McCREE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 09-cv-601-DRH** |
| ) | |
| **W. A. SHERROD,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed on the merits. Dismissal is with prejudice. Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing from this action.

| | |
|---|---|
| March 5, 2010 | By: /s/ DavidRHerndon |
| *Date* | *Chief Judge* |