IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRUCE E. McCREE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL NO. 09-cv-601-DRH** |
| **vs.** ) | |
| ) | **APPEAL NO. 10-1642** |
| **W. A. SHERROD,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's motion for reconsideration (Doc. 16). In this motion, Plaintiff disputes the Court's order (Doc. 14) which denied his motion for leave to proceed *in forma pauperis* on appeal (*see* Doc. 12). This motion is **DENIED**.

Plaintiff also indicates that he wishes his appeal held in abeyance until he can gain access to the law library. Jurisdiction over this appeal now lies with the Seventh Circuit Court of Appeals, so any request to stay this appeal must be filed with the Seventh Circuit.

**IT IS SO ORDERED.**

**DATED: May 17, 2010.**

/s/  *David R Herndon*
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**