IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRUCE E. McCREE,**

 **Plaintiff,**

v.

**W.A. SHERROD,**

 **Defendant.**              Case No. 09-cv-601-DRH

## ORDER

**HERNDON, Chief Judge:**

  On March 5, 2010, the Court issued an Order (Doc. 5) dismissing Plaintiff's Complaint pursuant to **28 U.S.C. § 1915A**. Plaintiff thereafter filed a Notice of Appeal as to the Court's ruling (Doc. 7). After filing his Notice of Appeal, Plaintiff subsequently filed a Motion to Certify Class Action (Doc. 27), a Motion for Injunctive Relief (Temporary Restraining Order) (Doc. 30) and a Motion to Appoint Counsel (Doc. 32). Because his appeal is pending before the Seventh Circuit, the Court must **DISMISS** Plaintiff's Motions (Docs. 27, 30 & 32) for lack of jurisdiction, as these motions either concern ancillary matters unrelated to the integral merits of the case or else they seek relief on matters for which the Court has no authority (i.e., the Court cannot enjoin a warden from adding extra bunks to the cells). ***See Boyko v. Anderson*, 185 F.3d 672, 674 (7th Cir. 1999) ("The filing of the appeal had**

deprived the district court of jurisdiction over the case.") (citing *Kusay v. United States*, 62 F.3d 192, 194 (7th Cir.1995), and *Venen v. Sweet*, 758 F.2d 117, 120 n. 2 (3d Cir.1985)).

**IT IS SO ORDERED.**

Signed this 16th day of November, 2010.

                                                David R. Herndon
                                                2010.11.16
                                                15:03:24 -06'00'

**Chief Judge**
**United States District Court**